DOCKET NO. 397

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE INTERSTATE PAPER CORPORATION **CONTRACT LITIGATION**

ORDER DENYING MOTION AS MOOT
AND VACATING HEARING

On August 15, 1979, the action pending in the Southern District of Georgia and listed on the attached Schedule A was dismissed. Because there is only one remaining action pending in this litigation,

IT IS ORDERED that the motion pursuant to 28 U.S.C. §1407 for centralization of the actions listed on the attached Schedule A be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that the hearing order filed on September 28, 1979, and the schedule attached thereto be, and the same hereby are, VACATED insofar as they relate to the above-captioned litigation.

FOR THE PANEL:

Murray L. Gurfein
Chairman

SCHEDULE A                                        Docket No. 397

SOUTHERN DISTRICT OF GEORGIA

Interstate Paper Corporation v. R. S.             Civil Action
Noonan, Inc. of South Carolina, et al.            No. CV474-171

DISTRICT OF MINNESOTA

Interstate Paper Corporation v. Air-O-            Civil Action
Flex Equipment Co.                                No.  4-79-31